JOSEPH SHAPIRO, Appellant, v. BENJAMIN ROSENTHAL, Respondent.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 19th day of January, 1915, dismissing the complaint at the close of the plaintiff's case upon a trial at Trial Term.

PER CURIAM: We think upon this evidence the court was required to submit the question as to the defendant's liability to the jury. The judgment is, therefore, reversed, and a new trial ordered, with costs to appellant to abide the event. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.; Ingraham, P. J., and Dowling, J., dissented and voted to affirm. Judgment reversed, new trial ordered, costs to appellant to abide event.